FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 MAR 12  PM 4: 13

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

RRH
2/10/15

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. WDQ-15-0106 |
| v. | |
| TARRIN CORBIN | Count 1: 21 U.S.C. § 846 (Conspiracy to Distribute and Possess with Intent to Distribute Cocaine Base) |
| Defendant. | |

\*\*\*\*\*\*\*

## INFORMATION

### COUNT ONE

The United States Attorney for the District of Maryland charges that:

1.   On or about April 4, 2014, in the District of Maryland and elsewhere, the defendant,

**TARRIN CORBIN**

did knowingly and willfully combine, conspire, confederate and agree with others known and unknown to the Grand Jury to distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

21 U.S.C. § 846

_____
ROD J. ROSENSTEIN
UNITED STATES ATTORNEY

1